IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

TATIANA MARIN, and other similarly
situated individuals,
    Plaintiff,

vs.                                                Case No.: 16-026338-CA-01

ATLANTIC STAFFING & CLEANING SERVICES,
a Florida for profit Corp., and NAZIRA ZAIDOVA,
Individually.
    Defendants,
_____/

## AGREED ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO VACATE DEFAULT JUDGMENT

THIS CAUSE having come before the Court on agreement of the parties to grant Defendants Unopposed Motion to Vacate Default Judgment, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

1. The Default Judgment entered by the Clerk of Court on December 20, 2016 is VACATED.

2. The Answer filed by Defendants on January 20, 2017 is deemed filed of record.

3. Any Reply the Plaintiff desires to file shall be filed within the time period prescribed by the Florida Rules of Civil Procedure running from the date of this Order.

4. This action shall proceed in due course.

Case No.: 16-026338-CA-01

DONE and ORDERED in Miami-Dade County, Florida this _____ day of _____, 2017.

_____
MONICA GORDO
CIRCUIT COURT JUDGE

cc: All Counsel of Record